IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILBERT L. JOHNSON**                                                                                         **PLAINTIFF**

v.                                   **CASE NO. 5:10CV00381 JLH**

**RAY HOBBS**                                                                                                **DEFENDANT**

## ORDER OF DISMISSAL

On December 29, 2010, the Clerk's office received a petition for writ of habeas corpus and opened the above-referenced case. This petition is identical to the petition filed on December 20, 2010, in case number 5:10CV00375 DPM,

IT IS THEREFORE ORDERED that this case be closed, as it is a duplicate filing of case number 5:10CV00375 DPM.

Dated this 6th day of January, 2011.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. MCCORMACK, CLERK

                                        By: _____/s/ Dennis J. Wysocki_____
                                              Chief Deputy of Operations

cc:    Hon. J. Leon Holmes
        Hon. D. P. Marshall Jr.
        Courtroom Deputies
        All Parties